**GAIL SHIFMAN**
Law Offices of Gail Shifman
State Bar No. 147334
44 Montgomery Street, Suite 3850
San Francisco CA 94104
Tel.: 415.551.1500
Fax:  415.551.1502
E-Mail: gail@shifmangroup.com

Attorney for Defendant
**ASIM WAQAR**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

- - oO - -

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4-11-70393 DMR |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| ASIM WAQAR, | |
| Defendant. | |

Upon being advised that Pretrial Services Officer Timothy Elder has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant, ASIM WAQAR shall be allowed to travel to Reno, Nevada from June 26, 2011 returning on June 27, 2011 and travel again to Reno, Nevada on June 30, 2011 returning on July 1, 2011 staying each time at 6010 Unit C Plumas Street, Reno, Nevada.

2. All other conditions shall remain the same.

////

1

Dated: June 21, 20110                    Dated: June 21, 2011

   /S/                                      /s/

_____          _____
GAIL SHIFMAN                         STEPHEN CORRIGAN
Attorney for Defendant               Assistant U.S. Attorney

**ORDER**

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. Defendant, ASIM WAQAR shall be allowed to travel to Reno, Nevada from June 26, 2011 returning on June 27, 2011 and travel again to Reno, Nevada on June 30, 2011 returning on July 1, 2011

2. All other conditions shall remain the same.

Dated: June  23 , 2011          _____
                                UNITED STATES MAGISTRATE JUDGE

2